Brandon KASINATH, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 541, 2016

Supreme Court of Delaware.

Submitted: March 20, 2017
Decided: April 26, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1503014277

AFFIRMED.

Bernard WOODS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 153, 2017

Supreme Court of Delaware.

Submitted: April 25, 2017
Decided: April 26, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0708031045

DISMISSED.

Ryan RESOP, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 130, 2017

Supreme Court of Delaware.

Submitted: April 6, 2017

Decided: April 27, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0701010111

DISMISSED.